938

No. 702. Rossi v. United States. C. A. 2d Cir. Certiorari denied. *Charles J. Margiotti* and *Samuel Goldstein* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 705. Colbert (now Brians) v. Roodhouse. Supreme Court of Oklahoma. Certiorari denied. *James W. Bounds* for petitioner. *Albert W. Trice* for respondent.

No. 706. United States v. Williams, doing business as Williams Equipment Co., et al. Court of Claims. Certiorari denied. *Solicitor General Sobeloff* for the United States. *Tracy E. Griffin* for respondents.

No. 707. United States v. General Casualty Co. et al. Court of Claims. Certiorari denied. *Solicitor General Sobeloff* for the United States. *Clifford B. Kimberly* and *Ernest Hubbell* for respondents.

No. 708. Anglo Chinese Shipping Co., Ltd. v. United States. Court of Claims. Certiorari denied. *Henry J. Bogatko* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 709. Berry v. United States. Court of Claims. Certiorari denied. *Russell V. Johnson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.